

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00720-CV
No. 04-14-00724-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF N.D.**

From the Probate Court No. 1, Bexar County, Texas
Trial Court Nos. 2014-MH-3263 & 2014-MH-3242
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders are AFFIRMED.

No costs of appeal are assessed because appellant is indigent.

SIGNED March 4, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice